UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER ROBBINS, <br><br> Plaintiff, <br><br> v. <br><br> The Dufresne Spencer Group, LLC <br> f/k/a DSG Indiana, LLC <br> d/b/a Ashley Home Store, <br><br> Defendant. | Civil Action No. 1:21-cv-01315-JMS-MPB <br><br><br> Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses with prejudice the above-captioned action against Defendant, The Dufresne Spencer Group, LLC. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a stipulation of dismissal is not required from Defendant because it has not yet responded to this lawsuit.

Dated: May 25, 2021

    Respectfully Submitted,

    PAMELA S. KARLAN
    Principal Deputy Assistant Attorney General
    Civil Rights Division

    JOHN CHILDRESS
    United States Attorney
    Southern District of Indiana

    KAREN WOODARD
    Acting Chief
    Employment Litigation Section
    Civil Rights Division

CLARE GELLER
Deputy Chief
Employment Litigation Section
Civil Rights Division

*/s/ Christopher Woolley*
CHRISTOPHER WOOLLEY (CA Bar No. 241888)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
150 M Street, NW
Washington, DC 20530
Telephone: (202) 305-3203
christopher.woolley@usdoj.gov

*/s/ Jeffrey Preston*
JEFFREY PRESTON (IN Bar No. 25056-49)
Assistant United States Attorney
United States Attorney's Office
Southern District of Indiana
10 W. Market Street, Ste. 2100
Indianapolis, IN 46204
(317) 229-2438
jeffrey.preston@usdoj.gov

*Attorneys for Plaintiff Christopher Robbins*